**McCLURG, Plaintiff-Appellant, v. DHUME, Defendant-Appellee.**

Ohio Appeals, Second District, Franklin County.

No. 5196.   Decided December 7, 1954.

J. Roger McClurg, Columbus, for plaintiff-appellant.
Bryant & Phillips, Columbus, for defendant-appellee.

### OPINION

By THE COURT.

Submitted on motion of the defendant-appellee seeking an order dismissing the appeal for the reason that the order appealed from is not a final order.   The record discloses that the order appealed from is one sustaining a demurrer to the petition.   No order of dismissal has been entered.   Therefore, there is no final order, as the ruling on the demurrer does not terminate the action.   See **Collins v. Cab Co., 157 Oh St 311.**   Motion sustained.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.